Case 1:20-cv-00693-NYW   Document 3   Filed 03/13/20   USDC Colorado   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-00693-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **C 3 Real Estate Solutions LLC** was received by me on *(date)* **3/13/20**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Kari Foster, Receptionist**, who is designated by law to accept service of process on behalf of *(name of organization)* **C 3 Real Estate Solutions LLC, 2770 Council Tree Ave #178, Ft Collins CO** on *(date)* **3/21/20** : **@ 1:30 PM**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **3/23/20**

*Server's signature*

**Kiersten Boker**
*Printed name and title*

**312 11th Ave Longmont CO 80501**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Destin Sparks | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20-CV-00693-NYW |
| C3 Real Estate Solutions, LLC | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  C3 Real Estate Solutions, LLC- 200 S. College Avenue, Suite 160, Fort Collins, CO 80524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, NY 11580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____03/13/2020_____    _____s/T. Vo, Deputy Clerk_____
                                                       *Signature of Clerk or Deputy Clerk*

**Quality Process Servers**
312 11TH AVE.
LONGMONT, CO 80501

INVOICE: 4411337
Issued: Mar 14, 2020

**LIEBOWITZ LAW FIRM PLLC / 516-233-1660**
RICHARD LIEBOWITZ
11 SUNRISE PLAZA STE 305
VALLEY STREAM, NY 11580

PAY TO:
**Quality Process Servers**
312 11TH AVE.
LONGMONT, CO 80501

| Case: | 20 CV 00693 | Plaintiff / Petitioner: | DESIN SPARKS |
|---|---|---|---|
| Job: | 4411337 | Defendant / Respondent: | C3 REAL ESTATE SOLUTIONS, LLC |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Serve Summons | TABERT LAW / LOVELAND CO | $90.00 | 1 | $90.00 |
| NEW ADDRESS | 2720 COUNCIL TREE LOVELAND CO | $90.00 | 1 | $90.00 |

This invoice is due upon receipt. As always, thank you for your business.

Total: $180.00
Amount Paid: ($0.00)
**Balance Due: $180.00**

Quality Process Servers • 312 11TH AVE., LONGMONT, CO 80501

Call: 303-444-9700 • Email: dqpsinvestigations@comcast.net