UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

DESTIN SPARKS,

                    Plaintiff,

- against -

C3 REAL ESTATE SOLUTIONS, LLC

                    Defendant.

Case No. 1:20-cv-693 (RM-NYW)

## **NOTICE OF ATTORNEY SANCTION**

In compliance with the order of Magistrate Judge N. Reid Neureiter, dated May 11, 2020 [Dkt. #51] (the "Sanctions Order") in the matter of *Mondragon v. Nosrak, LLC et al.*, 19-cv-1437 (CMA-NRN), I hereby attach a true and correct copy of the Sanctions Order as <u>Exhibit A</u>.

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*